IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR312 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MICHAEL T. SCOTT, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motions of defendant Michael T. Scott (Scott) to enlarge time to file pretrial motions (Filing Nos. 17 and 19). Upon consideration, the motions are denied. This matter will be scheduled for trial.

**IT IS SO ORDERED.**

DATED this 16th day of November, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge